John T.D. Bathke, IL Bar No. 6305438 (*pro hac vice*)
*jtdb@pb-iplaw.com*
PHILLIPS & BATHKE, P.C.
4541 North Prospect Road
Suite 300A
Peoria Heights, Illinois 61616
(309) 834-2296

Daniel M. Cislo, Esq., No. 125,378
*dan@cislo.com*
David B. Sandelands, Esq. No. 198,252
*david@cislo.com*
CISLO & THOMAS LLP
12100 Wilshire Boulevard, Suite 1700
Los Angeles, California 90025
Telephone: (310) 979-9190
Telefax: (310) 394-4477

Attorneys for Plaintiff
PRN Health Services, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRN HEALTH SERVICES LLC, a Wisconsin limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>SUBLIME HEALTH SOLUTIONS, LLC., a California limited liability company,<br><br>Defendant. | CASE NO. 8:24-cv-02560<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>Hearing Date: March 17, 2025<br>Hearing Time: 8:30 a.m.<br>Courtroom 10A<br><br>Hon. David O. Carter |

Plaintiff, through counsel, moves this Court for entry of default judgment under Federal Rule of Civil Procedure 55(b)(2) against Defendant, Sublime Health Solutions, LLC, for trademark infringement under the U.S. Lanham Act, 15 U.S.C. § 1052 *et seq*. Plaintiff seeks permanent injunctive relief and the recovery of costs for this lawsuit. In support of this Motion, Plaintiff provides a Memorandum of Points and Authorities, and the Declaration of John T.D. Bathke.

**PLEASE TAKE NOTICE** that on March 17, 2025, at 8:30 a.m., Plaintiff, PRN Health Services LLC, through counsel will present this Motion for Entry of Default Judgment before this Court, which is located at the Ronald Reagan Federal Building and United States Courthouse 411 West Fourth Street, Courtroom 10A, Santa Ana, CA 92701.

DATED: January 17, 2025        Respectfully submitted,

PHILLIPS & BATHKE, P.C.

/s/*John T.D. Bathke*
John T.D. Bathke
Attorney for Plaintiff
PRN Health Services LLC

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that on January 17, 2025, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.

I further certify that on January 17, 2025, I caused a copy of the attached document to be served via First Class U.S. mail to the addressee shown below:

> Sublime Health Solutions, LLC
> 2414 S Fairview St., Suite 215
> Santa Ana, CA 92704

DATED: January 17, 2025          By:   */s/ John T.D. Bathke*
                                       John T.D. Bathke