1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

11

PRN HEALTH SERVICES LLC, a

Wisconsin limited liability company

12

13

Plaintiff,

14

15

vs.

16

SUBLIME HEALTH SOLUTIONS,

17

LLC., a California limited liability

18

company,

19

20

Defendant.

21

CASE NO. 8:24-cv-02560

**[PROPOSED] DEFAULT
JUDGMENT AND PERMANENT
INJUNCTION**

Hearing Date:  March 17, 2025
Hearing Time: 8:30 a.m.
Courtroom 10A

Hon. David O. Carter

22

23

24

25

26

27

28

1

The Clerk of the Court entered default against Defendant, Sublime Health Solutions, LLC, on January 3, 2025. (Dkt. 25). Plaintiff, PRN Health Services LLC, filed its Motion for Entry of Default Judgment, which was heard on March 17, 2025, at 8:30 a.m. This Court grants Plaintiff's Motion.

Default judgment is entered for Plaintiff, PRN Health Services LLC, and against Defendant Sublime Health Solutions, LLC for trademark infringement under Sections 1114(1) and 1125(a) of the U.S. Lanham Act. 15 U.S.C.§§1114(1), 1125(a). Plaintiff's requested relief is awarded:

I.       Permanent Injunction

Defendant and each of its agents, representatives, employees, officers, attorneys, successors, assigns, affiliates, and any persons in privity or active concert or participation with any of them are enjoined from using Plaintiff's PRN Mark with or without an accompanying logo or any other designation, alone or combined with other words or symbols, as a trademark or trade name component or otherwise, to market, advertise, distribute or identify Defendant's healthcare staffing agency services where that designation would create a likelihood of confusion, mistake or deception with Plaintiff's PRN Mark.

Under 15 U.S.C. § 1116(a), Defendant is ordered to file with this Court and serve on Plaintiff within thirty (30) days after issuance of this injunction, a report in writing and under oath setting forth in detail the manner and form in which Defendant has complied with this injunction.

2

Under 15 U.S.C. § 1118, Defendant and all others acting under Defendant's authority are ordered to deliver up and destroy all devices, literature, advertising, labels and other material in their possession bearing the infringing designation at Defendant's own cost.

II.    Costs

Plaintiffs are awarded the filing fee of $405 for this suit.

IT IS SO ORDERED.

Date: _____, 2025                    _____

Honorable David O. Carter
United States District Judge

CASE NO. 8:24-CV-02560
PROPOSED ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT

1

**CERTIFICATE OF SERVICE**

2    I, the undersigned attorney, certify that on January 17, 2025, I electronically filed the

3    foregoing document with the clerk of court for the U.S. District Court, Central District

4    of California, using the electronic case filing system of the court.

5

6    I further certify that on January 17, 2025, I caused a copy of the attached document to

7    be served via First Class U.S. mail to the addressee shown below:

8
Sublime Health Solutions, LLC
2414 S Fairview St., Suite 215
9
Santa Ana, CA 92704
10

11    DATED:  January 17, 2025            By:    */s/ John T.D. Bathke*
                                                  John T.D. Bathke
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 8:24-cv-02560
PROPOSED ORDER GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT